ORIGINAL
SEALED
300023584
FILED-USDC-NDTX-DA
'26 APR 23 PM3:19

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CLEARWATER METRICS LLC,<br><br>Plaintiff-Relator,<br><br>v.<br><br>TURBO AIR, INC.,<br><br>Defendant. | NO. 3-26CV1317-X<br><br>COMPLAINT AND JURY DEMAND<br><br>**Filed Under Seal**<br>pursuant to<br>31 U.S.C. § 3730(b)(2) |

## COMPLAINT

1. Relator ClearWater Metrics LLC ("Relator") brings this action on behalf of itself and the United States of America against Defendant Turbo Air, Inc. ("Turbo Air") for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

3. Turbo Air received Second Draw PPP loan forgiveness of over $2 million.

4. Had Turbo Air included the employees of its domestic and foreign affiliates, it would not have been eligible for its Second Draw loan.

5. Turbo Air should be required to repay the loan, interest, and processing fee with penalties.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

7. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as defendant transacts business in this jurisdiction.

## THE PAYCHECK PROTECTION PROGRAM

8. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

9. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

10. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

11. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

12. Borrowers had to submit documentation necessary to establish eligibility such as payroll processor records, payroll tax filings, form 1099s, income and expenses documentation.

13. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

14. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

15. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PARTIES

16. Relator ClearWater Metrics LLC is a mission-driven firm dedicated to combating fraud, waste, and abuse of taxpayer dollars. It utilizes a hybrid of cutting-edge and traditional investigation methods to analyze a wide range of

information sources to discover potential misuse of taxpayer dollars.

17. Turbo Air is a manufacturer of commercial refrigerators. It has operations in multiple states across the country. Globally, Turbo Air has operations in Mexico, China, South Korea, Vietnam, United Kingdom, Australia, and the Middle East. Turbo Air and its domestic and foreign affiliates are hereinafter referred to as the "Turbo Air Group."

18. Brian Kim is Turbo Air's President and CEO.

19. Turbo Air's "global headquarters" is at 4184 E. Conant Street, Long Beach, CA 90808. Its domestic "TexaKing" factory is at 1800 S. Great Southwest Parkway, Grand Prairie, TX 75051.

## PPP LOANS

20. Turbo Air was approved for a First Draw PPP loan of $2,011,917 by City National Bank on April 7, 2020. It reported 190 jobs. The entire loan, including interest, was forgiven for a total of $2,034,461.

21. Turbo Air was approved for a Second Draw PPP loan of $2,000,000 by City National Bank on Feb. 26, 2021. It reported 173 jobs. The entire loan, including interest, was forgiven for a total of $2,020,493.

## AFFILIATION SCHEME

22. When the PPP rules were first introduced, there was confusion regarding whether applicants with foreign affiliates were supposed to include their

employees or revenues when considering eligibility. As discussed below, on May 5, 2020, the SBA issued guidance in one of the program FAQs indicating that they were included in the affiliation count, and on May 21, 2020, an Interim Final Rule was published that again clarified that foreign employees were to be included. 85 Fed. Reg. 30835, 30836. However, because the rule had been previously unclear, the SBA exercised enforcement discretion to not find a borrower ineligible under this calculation including foreign employees if it applied for the PPP loan prior to May 5, 2020. *Id.* at 30837.

23. Turbo Air was not eligible for the Second Draw loan because, when including employees of affiliated foreign entities, it exceeded the requisite size standard.

**A. Application of the Affiliation Rules to Foreign Entities**

24. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee count when evaluating their loan eligibility.

25. Under the Interim Final Rule published and effective May 21, 2020, "Paycheck Protection Program—Treatment of Entities With Foreign Affiliates," the SBA clarified that:

> SBA's affiliation rules provide that in determining an entity's number of employees, employees of the entity ''and all of its domestic and foreign affiliates'' are included. As a result, in most cases, a borrower is considered together with its U.S. and foreign affiliates for purposes

> of determining eligibility for the PPP.... To provide further clarification of this methodology, SBA issued guidance on May 5, 2020 (FAQ 44) stating that an applicant must count all of its employees and the employees of its U.S. and foreign affiliates, absent a waiver of or an exception to the affiliation rules.

85 Fed. Reg. 30835, 30836.

26. The Interim Final Rule, Section I, concluded, unequivocally, that "If an applicant, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard, it is not eligible for a PPP loan." *Id.*

27. The Interim Final Rule repeated this requirement again in Section II:

> Therefore, to calculate the number of employees of an entity for purposes of determining eligibility for the PPP, an entity must include all employees of its domestic and foreign affiliates, except in those limited circumstances where the affiliation rules expressly do not apply to the entity. Any entity that, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard is therefore ineligible for a PPP loan.

*Id.* at 30836-37 (footnote omitted).

28. The Second Draw PPP program adopted, in relevant part, these same affiliation rules, except that the employee count was reduced from 500 to 300, as was consistent with the change in the general eligibility requirements. 86 Fed. Reg. 3712, 3714-15 (January 12, 2021), codified in 13 C.F.R. § 121.

## B. Affiliation Rule Waiver Requirements

29. To avoid application of the affiliation rules, Turbo Air would have to meet one of three affiliation rule waiver requirements.

30. Pursuant to 86 FR 3712, 3714-15 (Jan. 14, 2021), the affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 300 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of financing listed in 13 C.F.R. § 107.50, including loans and equity. Paragraph 7(a)(36)(D)(iv) of the Small Business Act (15 U.S.C. 636(a)(36)(D)(iv)).

31. Upon information and belief, none of these waivers apply. Turbo Air was not assigned a NAICS code for a food and beverage business, nor has it been assigned a franchise identifier code. Relator has also not found any evidence that Turbo Air received SBIC lending.

### C. Turbo Air was Affiliated with the Foreign Turbo Air Entities

32. Under the SBA's PPP Affiliation Rules: "Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists."

33. The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

34. The "affiliation based on management" test states that:

> Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

35. Upon information and belief, the foreign entities are subsidiaries of Turbo Air that are centrally operated by Turbo Air management.

36. For example, the Turbo Air website explains that:

> Turbo Air Group is well established nationally and globally. The world headquarters is based in Long Beach, California and Turbo Air Group has four factories in the USA, Korea, China, and Vietnam. Our global sales branches are located in the USA, Korea, China, Europe, and the Middle East, with Turbo Air products sold in 67 countries. We stay connected globally to serve our customers across the world better.

37. It further lists the foreign members of the Turbo Air Group as a sales branch—including Turbo MidEast (Dubai), Turbo Europe (London), and Turbo Australia; as a "subsidiary"—including Display Specialty, Inc. (China), Low Temp

(South Korea); or as both—including Turbo Vina (Vietnam), Turbo China, and Turbo Korea.

38. Turbo Air's catalogs similarly list these entities as "manufacturing divisions" of the Turbo Air Group, with the same designations of the different entities as sales, subsidiaries, or both, and with the Turbo Air "World Headquarters" in Long Beach, CA.

39. Brian Kim is also listed as CEO for Turbo Air Group foreign entities. For example, he is listed as the CEO on the Turbo Australia website.

40. For these reasons, upon information and belief, the entities in the Turbo Air Group are affiliated with one another.

### D. Application of the Eligibility Test

41. On its First Draw loan application, Turbo Air reported 190 jobs. On its Second Draw loan application, Turbo Air reported 173 jobs. These were just the domestic job counts for Turbo Air—they do not include the employees of foreign affiliates.

42. National Pension Service Enrollment Records for Turbo Korea state that the company had 159 employees in December 2020. That, plus the 173 jobs reported on Turbo Air's Second Draw PPP loan application, would already exceed 300 employees. Factories in China and Vietnam would further add to the employee count.

43. News publications further suggest that the Turbo Air Group had more than 300 employees. For example, a Korea Times article from 2012[1] stated (translated from Korean):

> Turbo Air currently produces a variety of commercial heating and cooling products at three production plants in Dallas, USA, Gwangju, Korea, and Qingdao, China, and has grown into a large corporation with over 700 employees across more than 20 branches worldwide, including 13 branches in the US, 5 in China, and a sales headquarters in Korea.

44. This number would only go up after the Turbo Air Group opened a manufacturing facility in Vietnam, Turbo Vina Co., Ltd.

45. Because Turbo Air and its affiliates exceeded 300 employees, it was ineligible for its PPP Second Draw loan.

## FALSE CERTIFICATIONS

46. The Second Draw PPP Borrower Application Form required the applicant to certify in good faith that, *inter alia*:

> (1) The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).
>
> (2) The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees…

[1] http://www.koreatimes.com/article/750493

47. The loan application also required applicants to report "Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)."

48. Turbo Air had to make these certifications and statements when applying for the Second Draw PPP loan. They were false when made because Turbo Air failed to adequately disclose the employees of its foreign affiliates.

## CONCLUSION

49. Turbo Air was not eligible for the Second Draw PPP loan because, including foreign affiliates, it exceeded the 300-employee limitation. It should be required to repay the Second Draw PPP loans and interest that were forgiven by the federal government, plus processing fees and penalties.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

50. Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

51. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

52. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

53. As set forth above, Defendant knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the government, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

54. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

55. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

**VARTABEDIAN KATZ HESTER & HAYNES**

______________________________

Richard J. Guiltinan
Texas Bar No. 24074332
richard.guiltinan@vkhh.com
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Phone: 214.247.6886
Fax: 817.214.4988

Jason Marcus (*pro hac vice forthcoming*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Phone: 770.988.5035
Fax: 678.648.5544
Jason@fcacounsel.com

ORIGINAL

# CIVIL COVER SHEET

3-26CV1317-X

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA ex rel. CLEARWATER

**(b)** County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

VARTABEDIAN KATZ HESTER & HAYNES; 2200 Ross Avenue, Suite 4200W, Dallas TX 75201; 214.247.6886

**DEFENDANTS**

TURBO AIR, INC.

County of Residence of First Listed Defendant Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED
APR 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [x] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
31 U.S.C. 3729-33

Brief description of cause:
False Claims Act; PPP loan fraud

**VII. REQUESTED IN COMPLAINT:**

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:

JUDGE ______ DOCKET NUMBER ______

DATE
April 23, 2026

SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______